**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TONIMARIE RONE,** on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>**EEBOO CORPORATION**<br><br>　　　　　　　　　　　　Defendant. | **Case No. 1:24-cv-01116-VEC** |

## NOTICE OF SETTLEMENT

　　The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: May 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　**The Law Office of Noor A. Saab**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Noor A. Saab, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　380 N. Broadway, Penthouse West
　　　　　　　　　　　　　　　　　　　　　　　　Jericho, New York 11753
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-5060
　　　　　　　　　　　　　　　　　　　　　　　　Email: NoorASaabLaw@Gmail.com