USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024

# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

June 5, 2024

**VIA ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Centre Street, Courtroom 443
New York, NY 10007

**Re:     Tonimarie Rone v. Eeboo Corporation - Case No. 1:24-cv-01116-VEC**

To the Honorable Judge Valerie E. Caproni,

    Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated May 10, 2024 (ECF No. 8). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from June 9, 2024 to July 9, 2024. This is the first request for this relief and is on consent of both parties.

    The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
*Attorney for Plaintiff*

---

Application GRANTED IN PART. The deadline for the parties to move to re-open the case is extended from Monday, June 10, 2024, to **Monday, June 17, 2024**. The Court is unlikely to grant further extensions absent extraordinarily good cause.
SO ORDERED.

6/5/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE